

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-15-00487-CR

Style:                 Fredis Mauricio Flores v. The State of Texas

Date motion filed*:    August 28, 2015

Type of motions:       Motion to Withdraw as Counsel

Parties filing motions: Appellant's Appointed Counsel Janet Celeste Carter-Blackburn

Document to be filed:  N/A

Is appeal accelerated?      No.

Ordered that motion is:

    ☑ Granted

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Appellant's appointed counsel's motion to withdraw as counsel is **granted** because it complies with Rule 6.5(d) and this Court already granted new counsel Allen C. Isbell's motion to substitute on August 27, 2015. *See* TEX. R. APP. P. 6.5(b), (d).  Accordingly, the Clerk of this Court is directed to remove Janet Celeste Carter-Blackburn as attorney for appellant.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually

Date:  September 10, 2015